JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company;

     Plaintiff,

    v.

MEITAOTAO TRADING, INC., a California Corporation; and DOES 1-10, inclusive.

     Defendants.

) Case No.: 2:24-cv-00187-JFW-BFMx
)
) **JUDGMENT**
)
)
)
)
)
)
)
)
)
)
)
)
)
)

WHEREAS, on January 8, 2024, Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings, LLC (collectively, "Plaintiffs") filed a Complaint against Defendant Meitaotao Trading, Inc. for: (1) Trademark Infringement and Counterfeiting; (2) False Designation of Origin and False Advertising; (3) California Common Law Unfair Competition; and (4) Unfair Competition Under California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et seq. The Complaint arises out of Defendant's importation, manufacturing, production, distribution, advertisement, manufacture, production, marketing, distribution, advertisement, offering for sale, and/or sale of accessories that bear counterfeit marks identical with, substantially indistinguishable from, and/or confusingly similar to one or more of the Coach Trademarks (the "Accused Products");

WHEREAS, on April 8, 2024, Plaintiff filed a Proof of Service of the Complaint and Summons on Defendant Meitaotao Trading, Inc. that service had been completed on the office of the Secretary of State pursuant to Fed. R. Civ. P. 4(e)(1) and Cal. Civ. Code § 416.10 and this Court's Order;

WHEREAS, Defendant Meitaotao Trading, Inc. failed to file a responsive pleading to the Complaint or otherwise make an appearance in this action on or before April 29, 2024.  As a result, the Clerk of the Court entered default against Defendant Meitaotao Trading, Inc. on May 14, 2024;

WHERAS, Defendant Meitaotao Trading, Inc. is a California Corporation and thus is not an infant, incompetent person, in military service, or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521);

WHEREAS, because Defendant has ignored this lawsuit by willfully failing to file an answer and/or responsive pleading to Plaintiffs' Complaint or otherwise make an appearance in this case, and the likelihood that Defendant will continue to its infringing activities, Plaintiffs

will suffer prejudice if default judgment is not entered because Plaintiff would be without any other course of recovery;

WHEREAS, Plaintiffs have set forth a well-pleaded Complaint, and has listed all the essential facts and elements as to each of its causes of action against Defendant, including a cause of action for trademark infringement and counterfeiting, and false designation of origin under the Lanham Act and California common law, and unfair competition;

WHEREAS, Defendant has engaged in transactions involving the sale and distribution of counterfeit products bearing one or more of the Coach Trademarks. Defendant's actions have caused damages to Plaintiffs' reputation and have likely diverted profits away from Plaintiffs;

WHEREAS, default has been entered against Defendant for failure to respond to the Complaint or otherwise appear and defend in this Action, and there is no dispute regarding the material averments of the Complaint, and the likelihood that any genuine issue exists is at best, remote;

WHEREAS, there is no finding of excusable neglect for Defendant's failure to file a responsive pleading in this Action;

WHEREAS, Defendant has failed to set forth any type of defense to this action and under FRCP 55(a), termination of a case before hearing the merits is allowed whenever a defendant fails to defend an action. *PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172, 1177 (C.D. Cal. 2002);

WHEREAS, Defendant's conduct described in the Complaint was intentional, deliberate, and willful;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final default judgment shall be entered in favor of Plaintiffs in the amount of $412,750.20 (consisting of statutory

damages in the amount of $400,000.00, $11,600 in attorneys' fees, and $1,150.20 in costs) against Defendant Meitaotao Trading, Inc.

IT IS FURTHER ORDERED that Defendant Meitaotao Trading, Inc., its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from using the Coach Trademarks as shown in the Complaint and reproduced in the following **Exhibit TM**, and from unfairly competing with Plaintiffs. Prohibited Acts include, but are not limited to:

(1)    Manufacturing, advertising, marketing, promoting, supplying, offering for sale, and/or selling products that bear unauthorized reproductions of any Coach Trademarks, or any marks identical, substantially similar, and/or confusingly similar to any Coach Trademarks;

(2)    Using any Coach Trademarks in any reproduction, counterfeit, copy or colorable imitation of a Coach® product;

(3)    Passing off, inducing or enabling others to sell or pass off any reproduction, counterfeit, copy or colorable imitation of a Coach® product as an authentic Coach® product;

(4)    Representing that Defendant Meitaotao Trading, Inc. is licensed, authorized, or sponsored by Plaintiffs with respect to any product bearing one or more unauthorized reproductions of any Coach Trademarks; and

(5)    Assisting, aiding, or attempting to help other individuals or entities to infringe any Coach Trademarks or to perform any of the prohibited activities set forth above.

**IT IS SO ORDERED.**

DATED:    July 17, 2024

_____
Honorable John F. Walter
**United States District Judge**

4
**JUDGMENT**

## EXHIBIT TM

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,088,706 | COACH | 6, 9, 16, 18, 20 and 25 for *inter alia* key fobs, eyeglass cases, cellular phone cases, satchels, tags for luggage, luggage, backpacks, picture frames, hats, gloves and caps. | August 19, 1997 | COACH |
| 3,157,972 | COACH | 35 for retail store services. | October 17, 2006 | COACH |
| 0,751,493 | COACH | 14 for leather goods, namely, utility kits, portfolios, key cases, comb cases, pass cases, money clips, billfolds, wallets, pocket secretaries, stud cases, jewel cases, and leather book covers. | June 25, 1963 | COACH |
| 2,451,168 | COACH | 9 for eyeglasses. | May 15, 2001 | COACH |
| 4,105,689 | COACH | 9 for sunglasses. | February 28, 2012 | COACH |
| 2,537,004 | COACH | 24 for *inter alia* home furnishings. | February 5, 2002 | COACH |
| 1,846,801 | COACH | 25 for *inter alia* men's and women's coats and jackets. | July 26, 1994 | COACH |
| 3,439,871 | COACH | 18 for *inter alia* umbrellas. | June 3, 2008 | COACH |
| 2,231,001 | COACH | 25 for *inter alia* clothing for men, women and children namely, coats, jackets, overcoats, raincoats, shirts, vests, scarves, shoes and belts. | March 9, 1999 | COACH |
| 3,354,448 | COACH | 14 for *inter alia* jewelry. | December 11, 2007 | COACH |
| 2,446,607 | COACH | 16 for *inter alia* writing instruments. | April 24, 2001 | COACH |

5

**JUDGMENT**

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,291,341 | COACH | 14 for *inter alia* clocks and watches. | November 9, 1999 | COACH |
| 1,071,000 | COACH | 18, 25 for *inter alia* women's handbags, carry-on luggage, and men's and women's belts. | August 9, 1977 | COACH |
| 3,633,302 | COACH | 3 for *inter alia* perfumes, lotions and body sprays. | June 2, 2009 | COACH |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | COACH |
| 2,252,847 | COACH & LOZENGE DESIGN | 35 for retail services. | June 15, 1999 | COACH |
| 2,291,368 | COACH & LOZENGE DESIGN | 14 for *inter alia* watches. | November 9, 1999 | COACH |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | COACH |
| 2,169,808 | COACH & LOZENGE DESIGN | 25 for *inter alia* clothing for men and women, namely, coats, jackets, scarves, shoes, and belts. | June 30, 1998 | COACH |
| 2,035,056 | COACH & LOZENGE DESIGN | 3, 21 for *inter alia* leather cleaning products and shoe brushes. | February 4, 1997 | COACH |
| 2,626,565 | CC & DESIGN (Signature C) | 18 for *inter alia* handbags, purses, clutches, shoulder bags, tote bags, and wallets. | September 24, 2002 | |
| 2,822,318 | CC & DESIGN (Signature C) | 24 for *inter alia* fabric for use in the manufacture of clothing, shoes, handbags, and luggage. | March 16, 2004 | |
| 2,832,589 | CC & DESIGN (Signature C) | 6, 9, 14, 18, for *inter alia* sunglasses and eye glass cases, leather goods, metal key fobs, leather key fobs jewelry, watches, umbrellas. | April 13, 2004 | |

6
**JUDGMENT**

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,592,963 | CC & DESIGN (Signature C) | 25 for *inter alia* clothing namely, scarves, belts, gloves, hats, shoes, coats, jackets. | July 9, 2002 | |
| 2,822,629 | CC & DESIGN (Signature C) | 35 for retail services. | March 16, 2004 | |
| 3,396,554 | AMENDED CC & DESIGN (Signature C) | 3 for *inter alia* fragrances. | March 11, 2008 | |
| 3,149,330 | C & LOZENGE LOGO | 14 for watches. | September 26, 2006 | |
| 2,162,303 | COACH & TAG DESIGN | 25 for belts. | June 2, 1998 | |
| 4,744,715 | COACH NEW YORK & DESIGN | 18 for *inter alia* handbags, small leather goods, luggage, umbrellas | May 26, 2015 | |
| 4,744,718 | COACH NEW YORK & DESIGN | 25 for *inter alia* clothing, coats, belts, gloves, shoes | May 26, 2015 | |
| 4,744,719 | COACH NEW YORK & DESIGN | 3 for fragrances, leather cleaners and moisturizers | May 26, 2015 | |
| 4,744,720 | COACH NEW YORK & DESIGN | 9 for sunglasses, eyewear, cell phone cases, tablet covers and cases | May 26, 2015 | |
| 4,744,721 | COACH NEW YORK & DESIGN | 14 for jewelry and watches | May 26, 2015 | |

7

**JUDGMENT**

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 4,744,722 | COACH NEW YORK & DESIGN | 20 for *inter alia* key fobs and key rings not of metal | May 26, 2015 | |
| 4,814,094 | COACH NEW YORK & Design | 18 for handbags; purses; tote bags; clutch purses; wristlet bags; shoulder bags; messenger bags; duffle bags; backpacks; briefcases; travel bags; luggage; garment bags for travel; bags for carrying babies' accessories; cosmetic cases sold empty; and toiletry cases sold empty. | September 15, 2015 | |
| 4,754,870 | COACH NEW YORK | 3, 6 for fragrances; key fobs of common metal; and metal rings and chains for keys. | June 16, 2015 | COACH NEW YORK |
| 5,004,497 | COACH 1941 | 18, 25 for *inter alia* handbags, small leather goods, jackets, clothing, coats and shoes. | July 19, 2016 | COACH 1941 |
| 5,045,622 | HANGTAG SHAPE DESIGN | 18 for *inter alia* briefcases, handbags, satchels, tote bags, duffle bags, cosmetic bags, wallets, luggage. | September 20, 2016 | |

**JUDGMENT**